# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MARY BLAIRE MARCHIVE
LEBLANC, INDIVIDUALLY AND
DERIVATIVELY ON BEHALF OF
THE MARCHIVE GROUP, L.L.C.

NO.   2019 CW 0820

VERSUS

EMILE MARCHIVE, III, THE
MARCHIVE GROUP, L.L.C., OAK
GROVE MANAGEMENT, L.L.C. AND
THE MARCHIVE COMPANY, L.L.C.

SEP 3 0 2019

---

In Re:    Emile Marchive, III, The Marchive Group, LLC, Oak
          Grove Management, LLC, and The Marchive Company, LLC,
          applying for supervisory writs, 20th Judicial District
          Court, Parish of West Feliciana, No. 23403.

---

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

          **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
     FOR THE COURT